FILED: September 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4745

(3:14-cr-00044-REP-2)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

DILADE MCCOY

   Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
|---|---|
| Originating Case Number | 3:14-cr-00044-REP-2 |
| Date notice of appeal filed in originating court: | 09/23/2014 |
| Appellant (s) | Dilade McCoy |
| Appellate Case Number | 14-4745 |
| Case Manager | Donna Lett<br>804-916-2704 |